UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON C. SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00222-SKO (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action. Plaintiff has not paid the $400.00 filing fee, and he submitted an incomplete application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 2).

Accordingly, the Court ORDERS:

Within 45 days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **February 13, 2020**            /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE